No. 25-50130

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

THE LUTHERAN CHURCH - MISSOURI SYNOD,
A MISSOURI NONPROFIT CORPORATION,

*Plaintiff-Appellant*,

v.

DONALD CHRISTIAN; CHRISTOPHER BANNWOLF; JOHN DOES 1-12; CONCORDIA UNIVERSITY OF TEXAS INCORPORATED,

*Defendants-Appellees*,

On Appeal from the United States District Court
for the Western District of Texas, No. 1:23-cv-01042
Before the Honorable David A. Ezra

**CONSENT MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF THE ETHICS AND RELIGIOUS LIBERTY COMMISSION, THE NATIONAL ASSOCIATION OF EVANGELICALS, THE ASSEMBLY OF CANONICAL ORTHODOX BISHOPS OF THE UNITED STATES OF AMERICA, THE ALEPH INSTITUTE, THE ANGLICAN CHURCH IN NORTH AMERICA, THE GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, AND THE TEXAS CATHOLIC CONFERENCE OF BISHOPS, IN SUPPORT OF THE PLAINTIFF-APPELLANT LUTHERAN CHURCH - MISSOURI SYNOD**

ROBERT KINSLEY SMITH
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02186
(617) 526-6759
robert.smith@wilmerhale.com

MATTHEW T. MARTENS
PATRICK G. SELWOOD
OLUWALANI OISAGHIE
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
matthew.martens@wilmerhale.com
patrick.selwood@wilmerhale.com
olu.oisaghie@wilmerhale.com

May 5, 2025

## CONSENT MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Pursuant to Rules 27 and 29 of the Federal Rules of Appellate Procedure and Fifth Circuit Rule 29.1, *amici curiae* the Ethics and Religious Liberty Commission, the National Association of Evangelicals, the Assembly of Canonical Orthodox Bishops of the United States of America, the Aleph Institute, the Anglican Church in North America, the General Conference of Seventh-day Adventists, and the Texas Catholic Conference of Bishops (collectively, the "Amici Curiae" or "Amici") respectfully submit this motion, with consent of the parties, requesting leave of the Court to file the attached brief in support of Plaintiff-Appellant Lutheran Church – Missouri Synod.[1] In support thereof, the Amici state as follows:

1. The Amici are religious organizations that provide a wide range of spiritual, educational, and social services to both religious and non-religious alike.

2. The Constitution's guarantee of freedom from governmental interference in matters of faith is a crucial protection upon which the Amici and organizations of other faith traditions depend as they follow the dictates of their conscience in the practice of their faith.

---

[1] In accordance with Federal Rule of Appellate Procedure 29(a)(4)(E) and Fifth Circuit Rule 29.2, and as noted in the attached brief, no party or counsel for a party in this case authored the brief, whole or in part, or contributed money that was intended to fund preparing or submitting the brief. No person, other than the Amici, their members, or their counsel, contributed money that was intended to fund preparing or submitting the brief.

1

ACTIVEUS 209688162v.1

3. Each Amici is a religious community or is part of a broader religious community—consisting of vast consortiums of members and entities, organized by their own distinct structures of authority and polity. Their distinctive structures are closely bound with certain tenets of their respective traditions.

4. The Amici share a fundamental interest in the Constitution's guarantee of freedom from governmental interference in matters of faith, and a genuine desire to preserve the right of religious organizations to decide, free from state interference, matters of religious government, faith, and doctrine.

5. As a result, the Amici are requesting leave to file the attached brief in order to explain how the district court decision violates the First Amendment rights of the Lutheran Church – Missouri Synod and sets a dangerous precedent that would undermine the autonomy of religious communities to organize in a manner consistent with their theological commitments and otherwise risk the entanglement of civil courts into religious affairs.

6. Given the diversity of the Amici—as representative of a great variety of traditions and creeds, as well as different forms of religious structure and polity—this brief is intended to provide the Court with a perspective distinct from that of any of the parties.

7. No party will be prejudiced if Amici are permitted to file their brief. On May 2, 2025, counsel for the Amici contacted counsel for both parties in this case,

informing them of the Amici's intent to file *Motion for Leave to File an Amicus Curiae Brief* in this case (including the general position advanced in the proposed brief) and requesting consent of both parties to file this motion. Counsel for both parties responded that same day, stating that they do not oppose this Motion.

8. Accordingly, the Amici respectfully ask this Court to grant this consent to motion to file the accompanying brief in the above-captioned matter.

Respectfully submitted,

*/s/ Matthew T. Martens*

| | |
|---|---|
| ROBERT KINSLEY SMITH<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02186<br>(617) 526-6759<br>robert.smith@wilmerhale.com | MATTHEW T. MARTENS<br>PATRICK G. SELWOOD<br>OLUWALANI OISAGHIE<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>(202) 663-6000<br>mattew.martens@wilmerhale.com<br>patrick.selwood@wilmerhale.com<br>olu.oisaghie@wilmerhale.com |

May 5, 2025

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I caused a copy of the foregoing to be filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Matthew T. Martens*
MATTHEW T. MARTENS
