

CLARK RICHARDS
PARTNER

May 6, 2025

**VIA E-Filing**
Lyle W. Cayce, Clerk of Court
U.S. Fifth Circuit Court of Appeals
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

    Re:    Case No. 25-50130; *The Lutheran Church-Missouri Synod, a Missouri Nonprofit Corporation v. Donald Christian, Christopher Bannwolf, and Concordia University Texas Incorporated*.

Dear Mr. Cayce,

    Pursuant to Fifth Circuit Rule 31.4.3.1, this letter is to request a Level 1 30-day extension for Appellees to file their opening brief. The due date for Appellees' opening brief is May 28, 2025. Appellees have not previously requested or been granted an extension of time. This is Appellees' first request for an extension of time. Based on the extension, Appellees' opening brief will be due on June 27, 2025.

    Good cause exists for the granting of this extension as follows:

    Appellees' counsel, Daniel R. Richards and Clark Richards, were in trial on another matter (Cause No. 23-0700-C395; *City of Cedar Park vs. AusPro Enterprises LP and MMK Holdings, LP d/b/a Planet K*; In the 395th Judicial District Court of Williamson County, Texas) on the day Appellant's opening brief was filed and for the rest of the week afterwards.

    Appellees' co-counsel, Renea Hicks, had been retained for work on this appeal and entered his appearance on April 24, 2025, and thus has been unable to consult in any substantive way on this case with the Richards attorneys until this week. Mr. Hicks is new to the case and also requires time to become familiar with the record which comprises more than 3300 pages.

    The four amicus briefs filed late yesterday afternoon and evening in support of Appellant require review and consideration in preparing Appellees' brief. These amicus briefs include 100 pages of additional substantive legal argument filed only 23 days prior to the due date for Appellees' brief.

The listed items leave insufficient time under the original deadline for Appellees to complete and file a brief that presents the full and careful analysis of the issues presented that the case warrants and the Court deserves.

Counsel for Appellant does not oppose the requested extension. Appellees have agreed to provide the following statement from Appellant's counsel:

> Appellant does not oppose this request for an extension because of the important First Amendment issues it sees as at issue in this appeal and because Appellees have agreed not to oppose Appellant's forthcoming motion to ask this Court to expedite oral argument and disposition in this case.

Sincerely,

**Richards Rodriguez & Skeith, LLP**

Clark Richards

cc: All Counsel of Record