Case No. 25-50130

IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

---

THE LUTHERAN CHURCH–MISSOURI SYNOD, A MISSOURI NONPROFIT CORPORATION,
*Plaintiff-Appellant,*

v.

DONALD CHRISTIAN; CHRISTOPHER BANNWOLF; JOHN DOES 1-12; CONCORDIA UNIVERSITY TEXAS INCORPORATED,
*Defendants-Appellees.*

---

APPEAL FROM THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
1:23-cv-1042

---

## APPELLEES' RESPONSE TO APPELLANT'S UNOPPOSED MOTION TO EXPEDITE APPEAL

---

Renea Hicks
LAW OFFICE OF MAX RENEA HICKS
P. O. Box 303187
Austin, Texas 78703
(512) 480-8231
rhicks@renea-hicks.com

Daniel R. Richards
Clark Richards
Albert A. Carrion, Jr.
RICHARDS RODRIGUEZ& SKEITH
  & SKEITH, LLP
611 West 15th Street
Austin, Texas 78701
(512) 476-0005
drichards@rrsfirm.com
crichards@rrsfirm.com
acarrion@rrsfirm.com

*ATTORNEYS FOR DEFENDANTS-APPELLEES*

## CERTIFICATE OF INTERESTED PERSONS

## Case No. 25-50130

THE LUTHERAN CHURCH–MISSOURI SYNOD, A MISSOURI NONPROFIT CORPORATION,
*Plaintiff-Appellant*,
v.
DONALD CHRISTIAN; CHRISTOPHER BANNWOLF; JOHN DOES 1-12; CONCORDIA UNIVERSITY TEXAS INCORPORATED,
*Defendants-Appellees*.

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

| Parties | Counsel |
|---|---|
| *Plaintiff-Appellant*<br><br>The Lutheran Church–Missouri Synod, a Missouri nonprofit corporation | Daniel H. Blomberg<br>Andrea R. Butler<br>Robert K. Ellis<br>THE BECKET FUND FOR RELIGIOUS LIBERTY<br><br>Wallace B. Jefferson<br>Kevin H. DuBose<br>ALEXANDER DUBOSE & JEFFERSON, L.L.P.<br><br>Gregg R. Kronenberger<br>KRONENBERGER LAW FIRM, P.L.L.C.<br><br>Steven C. Levatino |

|  | Levatino Pace, L.L.P. Andrew F. MacRae MacRae Law Firm, PLLC |
|---|---|
| *Defendants-Appellees* Donald Christian Christopher Bannwolf Concordia University Texas Incorporated | Daniel R. Richards Clark Richards Albert A. Carrion, Jr. Richards Rodriguez & Skeith, LLP Renea Hicks Law Office of Max Renea Hicks |
| *Defendants* John Does 1-12 (*unserved "unknown individuals" presently or formerly on the Concordia University Texas, Inc., Board of Regents*) | *no counsel* |

                __/s/ Daniel R. Richards_____
                Daniel R. Richards
                *Counsel of Record for Defendants-Appellees*

The Concordia Appellees (Donald Christian, Christoper Bannwolf, and Concordia University Texas Incorporated) (collectively, "Concordia University") respond to the Unopposed Motion to Expedite Appeal ("motion") filed by the Lutheran Church–Missouri Synod, a Missouri nonprofit corporation ("LCMS"):

LCMS correctly represents that Concordia University does not oppose LCMS's motion. That non-opposition, however, goes only to the *relief* sought in LCMS's motion.* It does not extend to the bulk of the extensive substantive, often superfluous background argumentation included in ostensible support of the relief requested.

As to all that, much *is* disputed, including: the exact course of the referenced state court proceedings' whether LCMS is, in fact, actually exposed to possibile irreparable harm from the mere fact of having the Texas state court system resolve state law issues; whether LCMS's effort really is to "restore" its governance rights as to Concordia; and whether having to be in a state, rather than

---

* That requested relief is for the Court to "expedite oral argument … and calendar it for argument in August 2025, or the next available date thereafter[.]" Motion at 7. The relief also includes a request for a post-argument decision with "sufficient promptness." *Id*. Concordia does not oppose this part of the relief, but this seems something more appropriately left to the merits panel after hearing argument.

3

federal, judicial forum implicates LCMS's First Amendment rights. These are among the topics over-elaborately discussed in LCMS's argument to expedite that Concordia University disputes. Their consideration at this point is unnecessary and inappropriate.

Simply put, LCMS wants to expedite argument in this appeal, and Concordia University does not oppose the effort. The Court can determine this matter—and whether there is "good cause" under Fifth Cir. Loc. R. 27.5—without delving into the many disputed areas of LCMS's argument.

> Respectfully submitted,
>
> _/s/ Daniel R. Richards_____
> Daniel R. Richards
> Texas Bar No. 00791520
> drichards@rrsfirm.com
>
> Clark Richards
> Texas Bar No. 90001613
> crichards@rrsfirm.com
> Albert A. Carrion, Jr.
> Texas Bar No. 03883100
> acarrion@rrsfirm.com
> RICHARDS RODRIGUEZ & SKEITH, LLP
> 611 West 15th Street
> Austin, Texas 78701
> (512) 476-0005

                      */s/ Renea Hicks*_____
                      Renea Hicks
                      Texas Bar No. 09580400
                      LAW OFFICE OF MAX RENEA HICKS
                      P.O. Box 303187
                      Austin, Texas 78703
                      (512) 480-8231
                      rhicks@renea-hicks.com

                      ATTORNEYS FOR DEFENDANTS-APPELLEES

### CERTIFICATE OF SERVICE

Using the appellate CM/ECF system, this document was served on all registered counsel for the parties and transmitted to the Clerk of the Court on the 13th day of May, 2025.

                      */s/ Daniel R. Richards*_____
                      Daniel R. Richards
                      Attorney for Defendants-Appellees

### CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitation of Fed. R. App. Proc. 27(d)(2) because it contains 294 words, excluding the parts exempted by Fed. R. App. Proc. 32(f) and 5th Cir. R. 32.2.

2. This brief complies with the typeface requirements of Fed. R. App. Proc. 32(a)(5)(A) and 5th Cir. R. 32.1 and type style requirements of Fed. R. App. Proc. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word with 14-point Century Schoolbook (12-point for footnotes).

                      */s/ Daniel R. Richards*_____
                      Daniel R. Richards