# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 19, 2025

Ms. Natasha Anna Burkett
Winston & Strawn/Chicago
35 Wacker Street
Chicago, IL 60601

    No. 25-50130   Lutheran Church v. Christian
                    USDC No. 1:23-CV-1042

Dear Ms. Burkett,

The submitted appearance form does not match the registered attorney. Please re-submit your appearance form with the correct form attached.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Renee S. McDonough, Deputy Clerk
                             504-310-7673