

1919 Pennsylvania Ave. NW, Suite 400
Washington, D.C. 20006
202-955-0095 / X *@becketfund*
www.becketfund.org

June 3, 2025

**VIA CM/ECF FILING**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

    Re: *The Lutheran Church—Missouri Synod, a Missouri Nonprofit Corporation v. Christian, et al.*, No. 25-50130

Dear Mr. Cayce,

    Plaintiff-Appellant The Lutheran Church—Missouri Synod (LCMS) submits this letter to update information provided to the Court in its May 12, 2025, Unopposed Motion to Expedite Appeal (ECF 54).

    In that Motion, LCMS requested expedited consideration in this appeal to ensure this Court has sufficient opportunity to provide meaningful review of the order below. LCMS explained that the state trial court in the remanded proceedings, *Concordia Univ. Tex. v. LCMS*, No. D-1-GN-24-000358 (Tex. 353rd Dist. Ct.), had denied both LCMS's Motion to Stay that case pending resolution of this appeal and LCMS's Special Appearance on behalf of the Synod. Mot. at 3-4. LCMS further explained it had promptly moved the state court to reconsider both rulings. *Id.*

    On Friday, May 30, 2025, the state court denied LCMS's reconsideration motion. The state court also denied LCMS's Motion for a Stay Pending Interlocutory Appeal, Motion to Permit Immediate Appeal, and Motion for a Protective Order. And the state court granted Appellee's recent motion to compel discovery from LCMS and the Synod. That order is attached as Exhibit 1.

    The order confirms that expedited consideration of this appeal is important here. *See* Mot. at 4-6. LCMS is also seeking relief from state appellate courts and will immediately advise this Court and withdraw this motion should the requested relief be granted. *See* Mot. at 6.


```
```
<br>
Case: 25-50130    Document: 89-1    Page: 2    Date Filed: 06/03/2025

1919 Pennsylvania Ave. NW, Suite 400
Washington, D.C. 20006

Respectfully submitted,

STEVEN C. LEVATINO
LEVATINO | PACE, L.L.P.
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, TX 78746

ANDREW F. MACRAE
MACRAE LAW FIRM, P.L.L.C.
3267 Bee Cave Road
Suite 107, PMB 276
Austin, TX 78746

*/s/ Daniel H. Blomberg*
DANIEL H. BLOMBERG
ANDREA R. BUTLER
ROBERT K ELLIS
THE BECKET FUND FOR
   RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
   Suite 400
Washington, D.C. 20006

WALLACE B. JEFFERSON
KEVIN H. DUBOSE
ALEXANDER DUBOSE &
   JEFFERSON, L.L.P.
1844 Harvard Street
Houston, TX 77008

*Counsel for Plaintiff-Appellant*