# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 10, 2025

Mr. Daniel Howard Blomberg
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20006

Mr. Matthew T. Martens
Wilmer Cutler Pickering Hale and Dorr, L.L.P.
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

Mr. William Ronald Morris III
Winston & Strawn, L.L.P.
2121 N. Pearl Street
Suite 900
Dallas, TX 75201

Mr. Brandon Winchel
Jones Day
3161 Michelson Drive
Suite 800
Irvine, CA 92612

    No. 25-50130   Lutheran Church v. Christian
                     USDC No. 1:23-CV-1042

Dear Counsel,

You must submit the **6** paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4** paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to**

**facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Charles B. Whitney, Deputy Clerk
        504-310-7679

cc:
- Mr. Ethan D. Beck
- Ms. Andrea Butler
- Mr. Albert A. Carrion Jr.
- Mr. Kevin Hampton Dubose
- Mr. Robert K. Ellis
- Mr. Renea Hicks
- Mr. Wallace B. Jefferson
- Mr. Kurt Johnson
- Mr. Gregg R. Kronenberger
- Mr. Steven Charles Levatino
- Mr. Andrew Fairles MacRae
- Mr. Clark Willis Richards
- Mr. Daniel R. Richards