

1919 Pennsylvania Ave. NW, Suite 400
Washington, D.C. 20006
202-955-0095 / 𝕏 @becketfund
www.becketfund.org

July 16, 2015

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeal for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

   Re: *The Lutheran Church—Missouri Synod v. Christian, et al.*, No. 25-50130

Dear Mr. Cayce,

As promised in its June 3 letter, ECF 89, Appellant Lutheran Church—Missouri Synod (LCMS) submits this letter to update the Court on developments in the state-court litigation between the parties to this appeal.

Today, the state court of appeals granted LCMS's motion to stay the proceedings in state trial and appellate courts pending this Court's resolution of this appeal. *See* Exhibit 1. The appellate court noted that this Court granted expedited review and set oral argument for August 4, 2025. *Id.* The order directs LCMS to provide a status report within seven days of this Court issuing its opinion in this appeal. *Id.*

                              Respectfully submitted,


                              */s/ Daniel H. Blomberg*

STEVEN C. LEVATINO             DANIEL H. BLOMBERG
LEVATINO│PACE, L.L.P.          ANDREA R. BUTLER
1101 S. Capital of Texas Hwy.  ROBERT K ELLIS
Bldg. K, Suite 125             THE BECKET FUND FOR
Austin, TX 78746                  RELIGIOUS LIBERTY
                              1919 Pennsylvania Ave. NW
                                 Suite 400
ANDREW F. MACRAE               Washington, D.C. 20006
MACRAE LAW FIRM, P.L.L.C.
3267 Bee Cave Road             WALLACE B. JEFFERSON
Suite 107, PMB 276             KEVIN H. DUBOSE
Austin, TX 78746               ALEXANDER DUBOSE &
                                 JEFFERSON, L.L.P.
                              1844 Harvard Street
                              Houston, TX 77008


              *Counsel for Plaintiff-Appellant*

# Exhibit 1

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-25-00342-CV

**The Lutheran Church—Missouri Synod, an Unincorporated Association of Lutheran Congregations; and The Lutheran Church—Missouri Synod, a Missouri Corporation, Appellant**

**v.**

**Concordia University Texas, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY, NO. D-1-GN-24-000358, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## **O R D E R**

**PER CURIAM**

Appellant The Lutheran Church—Missouri Synod, an Unincorporated Association of Lutheran Congregations; and The Lutheran Church—Missouri Synod, a Missouri Corporation has filed a motion to stay trial-court proceedings and this interlocutory appeal in the interests of comity and judicial economy, to protect the parties' rights, and to avoid potentially conflicting rulings.  *See* Tex. R. App. P. 29.3.  Appellant explains that an earlier-filed federal lawsuit between the parties has been appealed to the U.S. Court of Appeals for the Fifth Circuit and its disposition will address, among other things, a key issue about who is a proper party to this interlocutory appeal.  Appellant notes that the Fifth Circuit granted expedited review and set oral argument for August 4, 2025, in the case styled *The Lutheran Church—Missouri Synod, a*

*Missouri nonprofit corporation v. Donald Christian; Christopher Bannwolf; John Does 1-2; Concordia University Texas, Incorporated*, No. 25-50130.  Appellant requests that the Court stay trial-court proceedings and this appeal until the Fifth Circuit appeal is resolved.

We grant the motion and stay trial-court proceedings in Cause No. D-1-GN-24-000358 and this appeal.  We direct appellant to file a status report within seven days of the Fifth Circuit's issuance of its opinion in Cause No. 25-50130.  The trial-court proceedings and this appeal will remain stayed until further order of this Court.  All trial-court and appellate deadlines will be tolled during the stay.

It is ordered on July 16, 2025.

Before Chief Justice Byrne, Justices Crump and Ellis