

ATTORNEY GENERAL OF MISSOURI

ANDREW BAILEY

September 2, 2025

Rebecca Andry, Clerk
United States Court of Appeals
 For the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

      RE:    The Lutheran Church – Missouri Synod, A Missouri Nonprofit Corporation, Plaintiff-Appellant v. Donald Christian, et al.
                No. 25-50130

Dear Ms. Andry:

    Please be advised I will no longer be participating in the above referenced matter. I will be leaving the employment of the Office of the Missouri Attorney General and withdrawing from this case.

                       Sincerely,

                       */s/ Maria A. Lanahan*

                       Maria A. Lanahan

**St. Louis Office**
815 Olive Street, Suite 200
St. Louis, MO 63101
Reply to:
P.O. Box 861
St. Louis, MO 63188
Phone: (314) 340-6816
www.ago.mo.gov