# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number: +1.202.879.3614
ebeck@jonesday.com

September 23, 2025

<u>VIA ELECTRONIC FILING</u>

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

      Re: *The Lutheran Church–Missouri Synod v. Christian*
        No. 25-50130

Dear Mr. Cayce:

  Please be advised that I will no longer be participating as counsel for *Amici Curiae* Religious Liberty Scholars in the above referenced matter. I am departing Jones Day for government service effective September 26, 2025. Kurt A. Johnson and Brandon L. Winchel will continue to represent *Amici* in this Court.

        Respectfully submitted,

        */s/ Ethan D. Beck*
        Ethan D. Beck
        *Counsel for* Amici Curiae

cc: Counsel of Record (via CM/ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Page 2

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Letter on all counsel of record through CM/ECF on September 23, 2025.

Dated: September 23, 2025

*/s/ Ethan D. Beck*
Ethan D. Beck
*Counsel for* Amici Curiae