# JONES DAY

3161 MICHELSON DR., SUITE 800 • IRVINE, CA 92612.4408

TELEPHONE: +1.949.851.3939 • JONESDAY.COM

Direct Number:  +1.949.851.3939
bwinchel@jonesday.com

December 12, 2025

<u>VIA ELECTRONIC FILING</u>

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

      Re: *The Lutheran Church–Missouri Synod v. Christian*
        No. 25-50130

Dear Mr. Cayce:

  Please be advised that I will no longer be participating as counsel for *Amici Curiae* Religious Liberty Scholars in the above referenced matter. I am departing Jones Day effective December 12, 2025. Kurt A. Johnson will continue to represented *Amici* in this Court.

          Respectfully submitted,

          */s/ Brandon L. Winchel*
          Brandon L. Winchel
          *Counsel for* Amici Curiae

cc: Counsel of Record (via CM/ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this Letter on all counsel of record through CM/ECF on December 12, 2025.

Dated:  December 12, 2025

*/s/ Brandon L. Winchel*
Brandon L. Winchel
*Counsel for* Amici Curiae